Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
208 Pine St.
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WENDY BALLARD | 3:13-CV-01218-HU |
| Plaintiff, | |
| v. | ORDER FOR EAJA ATTORNEY FEES |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $5,829.19 for attorney fees to Plaintiff to be mailed to Plaintiff's attorney at 208 Pine St. Floyd, VA 24091.

It is so ORDERED
Dated this 17th day of June, 2014

_____
United States Magistrate/District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES